Mansfield William Morgan, Plaintiff, v. Joseph Ludwig, Trading as The Cornelia Tavern, and Sam Vold, Defendants.

Sam Vold and Shand Vold, Appellants, v. Mansfield William Morgan and Joseph Janssen, Sued as Joseph Ludwig, Trading as The Cornelia Tavern, Appellees.

Gen. No. 41,067.

Heard in second division, first district, this court at December term, 1939; opinion filed July 1, 1941. Ekern & Meyers, for appellants; Donald L. Thompson and Vernon A. Forsberg, of counsel; Andalman & Aarons and Samuel Shamberg, for appellee; Maxwell N. Andalman, of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."